COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Molina Healthcare, Inc.

Appellate case number:   01-20-000582-CV

Trial court case number: 2017-77084

Trial court:             113th District Court of Harris County

Real parties in interest, ACS Primary Care Physicians Southwest, PA and Emergency Services of Texas, PA, have filed an unopposed motion to extend the time to file their response to relators, Molina Healthcare, Inc. and Molina Healthcare of Texas, Inc.'s petition for writ of mandamus. On August 19, 2020, the Court requested that any real party in interest filing a response to relators' petition for writ of mandamus do so by August 31, 2020. *See* TEX. R. APP. P. 52.4. Real parties in interest motion requests that the time to file their response be extended to September 8, 2020. The motion is **granted**.

Real parties in interest, ACS Primary Care Physicians Southwest, PA and Emergency Services of Texas, PA response to relators' petition for writ of mandamus is due to be filed no later than **September 8, 2020**.

It is so ORDERED.


Judge's signature: ____/s/ Evelyn V. Keyes_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: __September 1, 2020___